**Jackie KRIENKE, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 07–70244.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.*

Filed Sept. 9, 2008.

Jackie Krienke, Citrus Heights, CA, pro se.

Donald L. Korb, Acting Chief Counsel Internal Revenue Service, John Schumann Fax, Eileen J. O'Connor, Esq. Fax, DOJ–U.S. Department of Justice Tax Division, Washington, DC, for Respondent.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

## MEMORANDUM **

Jackie Krienke appeals pro se from the Tax Court's order denying her motion to

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

vacate the Tax Court's decision dismissing her petition for failure to prosecute. We have jurisdiction under 26 U.S.C. § 7482(a)(1). We review for an abuse of discretion, *Thomas v. Lewis,* 945 F.2d 1119, 1123 (9th Cir.1991), and we affirm.

The Tax Court did not abuse its discretion by denying Krienke's motion to vacate because Krienke did not challenge the grounds for dismissal or show any other ground for relief from judgment. *See id.* at 1123–24. Further, the record does not support Krienke's contention that the Tax Court conducted a de novo trial.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.